UNITED STATES of America,
Plaintiff–Appellee

v.

Daniel PARRA–MORAN, Defendant–Appellant.

No. 07–50522
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Daniel Parra–Moran raises argu-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ments that are foreclosed by *Almendarez-Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *See United States v. Pineda-Arrellano,* 492 F.3d 624, 625 (5th Cir.2007). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.